**DANN, Plantiff-Appellee, v. BANKS, Defendant-Appellant.**

Ohio Appeals, Second District, Franklin County.

No. 3977.   Decided January .9th, 1947.

608

Joseph M. Harter, Columbus, David M. Postlewaite, Columbus, for plaintiff-appellee.

David T. Keating, Columbus, for defendant-appellant.

## OPINION

By THE COURT:

Submitted on motion filed by the plaintiff-appellee to strike the so-called "notice of appeal" filed on December 14, 1946, from the files for the reason that said document is a nullity as the same was not filed within twenty days after the rendition of the judgment and final order of the Common Pleas Court of Franklin County, Ohio, the said judgment being rendered on November 15, 1946.

An examination of the transcript discloses that on November 15, 1946, the judgment entry was filed and on November 23, 1946, a motion for a new trial was filed and on December 18, 1946, the motion for a new trial was overruled.

The notice of appeal having been filed before the overruling of the motion for new trial, the same was prematurely filed. Sec. 12223-7 GC provides that when a motion for new trial is filed by either party within ten days after a journal entry of a final order, judgment or decree has been approved by the Court in writing and filed with the clerk for journalization, that the time of perfecting the appeal shall not begin to run until the entry of the new order overruling or sustaining the motion for new trial.

The motion will be sustained, not for the reasons indicated therein, but for the reasons above stated.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.